**FORM B1**

# United States Bankruptcy Court
# Northern District of Illinois

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Aubel, Brad** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br><br>**4413** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>**42 S. Shaddle**<br>**Apt. 115**<br>**Mundelein, IL 60060** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:     **Lake** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from address above): | |

NO LISKETTE

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

**X**   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

o   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| **X** Individual(s) | o Railroad | **X** Chapter 7 | o Chapter 11 | o Chapter 13 |
| o Corporation | o Stockbroker | o Chapter 9 | o Chapter 12 | |
| o Partnership | o Commodity Broker | o Sec. 304 - Case ancillary to foreign proceeding | | |
| o Other _____ | | | | |

**Nature of Debts** (Check one box)

**X** Consumer/Non-Business          o Business

**Filing Fee** (Check one box)

**X** Full Filing Fee Attached

o Filing Fee to be paid in installments (Applicable to individuals only)
Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.
Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

o Debtor is a small business as defined in 11 U.S.C. § 101
o Debtor is and elects to be considered a small business under
11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

o Debtor estimates that funds will be available for distribution to unsecured creditors.
**X** Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 100 |
|---|---|---|---|---|---|---|
| | o | **X** | o | o | o | |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,<br>$100 m |
|---|---|---|---|---|---|---|---|
| | **X** | o | o | o | o | o | o |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,<br>$100 m |
|---|---|---|---|---|---|---|---|
| | o | **X** | o | o | o | o | o |

THIS SPACE IS FOR COURT USE ONLY

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 05/23/2005
Time: 9:39:25
Debtor: BRAD AUBEL
Case: 05-20477       Fee : 209
Chapter: 7 Rec. # : 3131272
Judge: A Benjamin Goldgar
341 mtg: 06/23/2005 @ 03:30PM
Trustee: JOEL SCHECHTER
```

1:05BK20477-BK001

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtors:<br>**Brad Aubel** | Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** |||
|---|---|---|
| Location<br>Where Filed:  **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature(s) of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____  5-18 ____<br>Signature of Debtor<br><br>X **Not Applicable** _____<br>Signature of Joint Debtor<br><br>_847 949-1041_____<br>Telephone Number (If not represented by attorney)<br><br>_5-18-05_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable** _____<br>Signature of Authorized Individual<br><br>_____<br>Print or Type Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br><br>,_____<br>Printed Name of Attorney for Debtor(s) / Bar No.<br><br>_____<br>Firm Name<br>__<br>_____<br>Address<br><br>_____<br>_____<br>Telephone Number<br><br>_____<br>Date | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number<br><br>_____<br>Address<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X **Not Applicable**<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>o   Exhibit A is attached and made a part of this petition. |
|---|

| **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he/she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>X _____  5-18-05<br>Signature of Attorney for Debtor(s)          Date |
|---|

In re:   **Brad Aubel**                                                   Case No.

**4413**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **2 bedroom 1 1/2 bath townhome with one car attached garage bult in 1979.** | **Fee Owner** | | $ 155,000.00 | $ 162,000.00 |
| | **Total** | ▯ | $ 155,000.00 | |

In re **Brad Aubel**                                          Case No.

**4413**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | $20.00 | | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking with LaSalle Bank.** | | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **bedroom set (1), couch, recliner, table, chairs (4), T.V. (2), VCR, desk, various tools, computer.** | | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Family photos, various books.** | | 55.00 |
| 6. Wearing apparel. | | **Necessary clothing** | | 300.00 |
| 7. Furs and jewelry. | | **Watch, ring, gold bracelet.** | | 55.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Bicycle.** | | 25.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Bradley F. Aubel, P.C., 100% shareholder.** | | 500.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |

In re  **Brad Aubel**                                                    Case No.
**4413**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |

In re  **Brad Aubel**                                    Case No.
**4413**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested.  Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed.  Itemize. | X | | | |

Total   →   $ 1,655.00

In re   **Brad Aubel**
       **4413**

Case No.

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

o   11 U.S.C. § 522(b)(1)   Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

i   11 U.S.C. § 522(b)(2)   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| $20.00 | 735 ILCS 5/12-1001(b) | 20.00 | 20.00 |
| bedroom set (1),  couch, recliner, table, chairs (4), T.V. (2), VCR, desk, various tools, computer. | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| Bicycle. | 735 ILCS 5/12-1001(b) | 25.00 | 25.00 |
| Bradley F. Aubel, P.C., 100% shareholder. | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| Checking with LaSalle Bank. | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| Family photos, various books. | 735 ILCS 5/12-1001(b) | 55.00 | 55.00 |
| Necessary clothing | 735 ILCS 5/12-1001(a),(e) | 300.00 | 300.00 |
| Watch, ring, gold bracelet. | 735 ILCS 5/12-1001(b) | 55.00 | 55.00 |

In re:  **Brad Aubel**

**4413**

Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

o   Check this box if debtor has no creditors holding secured claims to report in this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1221641**<br><br>**Cedarburg LLC**<br>**W67 N786 Evergreen Blvd**<br>**Cedarburg, WI 53012** | | | **8-91**<br>**2nd Mortgage**<br>2 bedroom 1 1/2 bath townhome with one car attached garage bult in 1979.<br><br>**VALUE $ 155,000.00** | | | | $ 60,000.00 | $     0.00 |
| ACCOUNT NO.   **11890167**<br><br>**World Savings**<br>**P.O. Box 29487**<br>**Phoenix, AZ  85038** | | | **11-99**<br>**Mortgage**<br>2 bedroom 1 1/2 bath townhome with one car attached garage bult in 1979.<br><br>**VALUE $ 155,000.00** | | | | $ 162,000.00 | $ 7,000.00 |

|  |  |
|---|---|
| Subtotal<br>(Total of this page) | **$222,000.00** |
| Total | **$222,000.00** |

Schedule D Page 1 of 1

In re:  **Brad Aubel**                                                    Case No.

4413

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

⌡ Check this box if debtor has no creditors holding unsecured claims to report in this Schedule E.

**TYPES OF PRIORITY CLAIMS**

○ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

○ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

○ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

○ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

○ **Deposits by individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

○ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

○ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

○ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

○ **Other Priority Debts**


* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re:  **Brad Aubel**
    **4413**

Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

o  Check this box if debtor has no creditors holding unsecured nonpriority claims to report in this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4264-2900-7601-0818<br>**Adams Cooper & Marks**<br>**4012 Gunn Highway**<br>**Suite 250**<br>**Tampa, FL 33618**<br><br>**Law Offices Wolpoff & Abramson, L.L.P.**<br>**Two Irvington Centre**<br>**702 King Farm Blvd.**<br>**Rockville, MD 20850** | | | 95-04<br><br>Credit card purchases. | | | | $ 20,000.00 |
| ACCOUNT NO.   5178-0523-8896-8147<br>**Allied Interstate, Inc.**<br>**P.O. Box 361774**<br>**Columbus, OH 43236**<br><br>**Capital One Services**<br>**P.O. Box 60000**<br>**Seattle, WA 98190-6000** | | | 03-04<br><br>Credit card purchases. | | | | $ 1,500.00 |
| ACCOUNT NO.   0032989322<br>**AT&T Wireless**<br>**P.O. Box**<br>**Aurora, IL 60572-8229**<br><br>**Financial Asset Management Systems, Inc.**<br>**P.O. Box 926050**<br>**Norcross, GA 30010-6050** | | | 01-04<br><br>Cell phone bill. | | | | $ 4,000.00 |

Subtotal
(Total of this page)

| $25,500.00 |
|---|

In re:  **Brad Aubel**
        **4413**

Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1301660, et., all.<br>**Certified Services, Inc.**<br>**P.O. Box 177**<br>**Waukegan, IL 60079-0177** | | | 01-04<br>Medical bills. | | | | $ 2,500.00 |
| ACCOUNT NO.   5424-1804-2052-5765<br>**Citi Cards**<br>**P.O. Box 6416**<br>**The Lakes, NV 88901-6416**<br><br>**Academy Collection Service, Inc.**<br>**10965 Decatur Road**<br>**Philadelphia, PA 19154-3210** | | | 95-04<br>Credit card purchases. | | | | $ 9,000.00 |
| ACCOUNT NO.   1301660, et., all.<br>**Computer Credit, Inc.**<br>**Attn: Claim Dept.**<br>**640 West Fourth Street**<br>**Winston-Salem, N.C. 27113-5238** | | | 01-04<br>Medical bills. | | | | $ 3,500.00 |
| ACCOUNT NO.   652504 FZ, et., all.<br>**Condell Acute Care Center**<br>**Billing Office**<br>**36866 Eagle Way**<br>**Chicago, IL 60678-1368** | | | 01-04<br>Medical bills. | | | | $ 4,000.00 |

Schedule F Page 2 of 6

Subtotal
(Total of this page)

$19,000.00

In re:  **Brad Aubel**
　　　　**4413**

Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   652504 FZ, et., all.<br>**Condell Acute Care Center**<br>**Billing Office**<br>**36866 Eagle Way**<br>**Chicago, IL 60678-1368** | | | 01-04<br>**Medical bills.** | | | | $  4,000.00 |
| ACCOUNT NO.   1008478242183754<br>**Debt Recovery Solutions, LLC**<br>**P.O. Box 9001**<br>**Westbury, New York 11590-9001** | | | 95-01<br>**Phone bill.** | | | | $   200.00 |
| ACCOUNT NO.   6011-0075-4551-9083<br>**Discover Platinum Card**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130-0395**<br><br><br>**Baker, Miller, Markoff & Krasny, LLC**<br>**29 N. Wacker Drive**<br>**5th Floor**<br>**Chicago, IL 60606** | | | 95-04<br>**Credit card purchases.** | | | | $  11,000.00 |
| ACCOUNT NO.   006546543-1284<br>**Evanston Northwestern Healthcare**<br>**Mediclaim Physician Services**<br>**Dept. 77-9807**<br>**Chicago, IL 60678-9807** | | | 01-04<br>**Medical bills.** | | | | $  4,000.00 |

Subtotal
(Total of this page)

$19,200.00

In re:   **Brad Aubel**
         **4413**

Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   08688283957<br>**MCI**<br>**P.O. Box 371838**<br>**Pittsburg, PA 15250-7838**<br><br><br>**Creditors Interchange**<br>**80 Holtz Drive**<br>**Buffalo, NY 14225**<br><br>**Penncro Associates, Inc.**<br>**95 James Way**<br>**Suite 113**<br>**Southampton, PA 18966-3847** | | | 00-04<br>Long distance bills. | | | | $   250.00 |
| ACCOUNT NO.   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<br>**NCO Financial Systems Inc.**<br>**3850 N. Causeway Blvd.**<br>**Suite 200**<br>**Metairie, LA 70002** | | | 02-04<br>Advertising bill. | | | | $   1,500.00 |
| ACCOUNT NO.   6546543-1100<br>**Pinnacle Management Services, Inc.**<br>**514 Market Loop**<br>**Suite 103**<br>**West Dundee, IL 60118** | | | 01-02<br>Medical bills. | | | | $   500.00 |

Schedule F Page 4 of 6

Subtotal
(Total of this page)

$2,250.00

In re:  **Brad Aubel**                                                                                    Case No.
        **4413**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **70481** <br> **Ravinia Associates Internal Medicine LTD** <br> **625 Roger Williams Avenue** <br> **Highland Park, IL 60035** | | | 01-04 <br> Medical bills. | | | | $ 5,000.00 |
| ACCOUNT NO.  **Grand Premier trust** <br> **Ray & Glick, LTD.** <br> **P.O. Box 400** <br> **Libertyville, IL 60048** | | | 01-04 <br> Personal loan. | | | | $ 4,500.00 |
| ACCOUNT NO. <br> **Sherman Acquisition, LP** <br> **15 South Main Street** <br> **Suite 600** <br> **Greenville, SC 29601** | | | | | | | $ 0.00 |
| ACCOUNT NO.  **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** <br> **Sprint Personal Communication Services** <br> **Route 132** <br> **Gurnee, Illinois 60031** | | | 00-05 <br> Cell phone bills. | | | | $ 200.00 |

Schedule F Page 5 of 6

Subtotal
(Total of this page)

$9,700.00

In re:  **Brad Aubel**
**4413**

Case No.

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   24330583<br>**Van Ru Credit Corporation**<br>**P.O. Box**<br>**Park Ridge, IL** | | | 03-04<br>Credit card purchases. | | | | $ 1,500.00 |
| ACCOUNT NO.   0065465431100-00000<br>**Van Ru Credit Corporation**<br>**10024 Skokie Blvd**<br>**Suite 3**<br>**Skokie, IL 60077** | | | 01-04<br>Medical bills. | | | | $ 13,000.00 |
| ACCOUNT NO.   11276<br>**Weinstein & Douglas, P.C.**<br>**Dwayne Douglas, Esq.**<br>**325 W. Washington Street**<br>**Suite 301**<br>**Waukegan, IL 60085** | | | 03-04<br>Attorney's fees. | | | | $ 4,300.00 |

|  | Subtotal<br>(Total of this page) | $18,800.00 |
|---|---|---|
|  | Total | $91,450.00 |

Schedule F Page 6 of 6

In re:  **Brad Aubel**
    **4413**

Case No.

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

}   **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Schedule G - Page 1 of 1

In re:  **Brad Aubel**
    **4413**

Case No.

# SCHEDULE H - CODEBTORS

⌡ **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Schedule H - Page  1 of 1

In re  **Brad Aubel**
    **4413**

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age: **40** Spouse's Age: | NAMES **Skyler** | AGE **4** | RELATIONSHIP **Daughter** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Attorney** | |
| How long employed | **5 years** | |
| Name and Address of Employer | **Bradley F. Aubel, P.C. 309 N. Lake Street Mundelein, IL  60060** | |

Income: (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,200.00 | $ |
| Estimated monthly overtime | $ 0.00 | $ |
| SUBTOTAL | $ 2,200.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 875.00 | $ |
| b. Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other (Specify) | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 875.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,325.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| Income from real property | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ |
| Social security or other government assistance (Specify) | $ 0.00 | $ |
| Pension or retirement income | $ 0.00 | $ |
| Other monthly income (Specify) | $ | $ |
| TOTAL MONTHLY INCOME | $ 1,325.00 | $ |

TOTAL COMBINED MONTHLY INCOME $ _____ 1,325.00 _____    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:    **NONE**

In re **Brad Aubel**   Case No.
4413

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | | | | |
|---|---|---|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | | | | $ | 400.00 |
| Are real estate taxes included? | Yes | ☐ | No | | |
| Is property insurance included? | Yes | ☐ | No | | |
| Utilities  Electricity and heating fuel | | | | $ | 25.00 |
| Water and sewer | | | | $ | 0.00 |
| Telephone | | | | $ | 35.00 |
| Other  Cable | | | | $ | 40.00 |
| Home Maintenance (Repairs and upkeep) | | | | $ | 0.00 |
| Food | | | | $ | 150.00 |
| Clothing | | | | $ | 25.00 |
| Laundry and dry cleaning | | | | $ | 35.00 |
| Medical and dental expenses | | | | $ | 20.00 |
| Transportation (not including car payments) | | | | $ | 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | | | $ | 10.00 |
| Charitable contributions | | | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | | | |
| Homeowner's or renter's | | | | $ | 0.00 |
| Life | | | | $ | 0.00 |
| Health | | | | $ | 0.00 |
| Auto | | | | $ | 75.00 |
| Other | | | | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | | | | |
| (Specify) | | | | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | | | | |
| Auto | | | | $ | 0.00 |
| Other | | | | $ | |
| Alimony, maintenance or support paid to others | | | | $ | 100.00 |
| Payments for support of additional dependents not living at your home | | | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | | | $ | 0.00 |
| Other  **Day care expenses** | | | | $ | 600.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)   $ 1,615.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | 0.00 |
| B. Total projected monthly expenses | $ | 0.00 |
| C. Excess income (A minus B) | $ | 0.00 |
| D. Total amount to be paid into plan | $ | 0.00 |
| (interval) | | |

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  **Brad Aubel**
      **4413**

Case No.
Chapter    **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 155,000.00 | | |
| B - Personal Property | YES | 3 | $ 1,655.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 222,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 90,450.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,325.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1,615.00 |
| Total Number of sheets in ALL Schedules ¬ | | 17 | | | |
| Total Assets ¬ | | | $ 156,655.00 | | |
| Total Liabilities ¬ | | | | $ 312,450.00 | |

In re:  **Brad Aubel**
     **4413**

Case No.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **17**  sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  _S-18-05_                     Signature _____

                              **Brad Aubel**

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C § 152 and 3571.

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re: **Brad Aubel**
    **4413**

Case No. _____
Chapter   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

    a.  *Property To Be Surrendered.*

| Description of Property | Creditor's Name |
|---|---|
| 1. **2 bedroom 1 1/2 bath townhome with one car attache** | **Cedarburg LLC** |
| 2. **2 bedroom 1 1/2 bath townhome with one car attache** | **World Savings** |

    b.  *Property To Be Retained.*             *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| **None** | | | | | |

Date: _S—18-0C_____

_____
Signature of Debtor

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re:   **Brad Aubel**                                                Case No. _____

**4413**                                                                 Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
_/s_

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **30,000.00** | **Employment** | **2003** |
| **20,000.00** | **Employment** | **2004** |
| **11,000.00** | **Employment** | **2005** |

### 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3.  Payments to creditors

None
☐

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
///
    a. List all suits and adminstrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Grand Premier Trust vs. Brad Aubel 99 SC 2146 | Post judgement procedings. | 19th Judicial Court House 18 N. County Street Waukegan, IL 60085 | Judgement Entered. |

None
☐
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None
☐
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None
☐
    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐
    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None
☐
    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None
☐
    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

## 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petiton is filed, unless the spouses are separated and a joint petition is not filed.)

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None
☐

List all setoffs made by any creditor, including a bank, against a debtor or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None
☐

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None
☑

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **486 Buchanan Ct.**<br>**Vernon Hills, IL 60061** | **Bradley F. Aubel** | **99-04** |

## 16. Nature, location and name of business

None

    a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

    b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

    c. If the debtor is a corporation, list the names and addresses of all business in which the debtor was a partner or owned 5 percent or more of the voting securities within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | NATURE OF BUSINESS | DATES OF OPERATION | |
| | | BEGINNING | ENDING |
| --- | --- | --- | --- |
| Bradley F. Aubel, P.C.<br>309 N. Lake Street<br>Suite 203<br>Mundelein, IL 60060 | Law Firm. | April 1, 2003 | Current |
| Lake County Legal Services, P.C.<br>409 Grand Avenue<br>Waukegan, IL 60085 | Indigent Legal Services | March 1, 1999 | December 31, 2003 |

## 17. Books, records and financial statements

None

    a. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None

    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None

    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None

    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

## 18. Inventories

None

    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None

    b. List the name and address of the person having possession of the records of each of the two inventories reported in 18a., above.

## 19. Current partners, officers, directors and shareholders

None

    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☐

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

## 20. Former partners, officers, directors and shareholders

None
☐

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None
☐

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

## 21. Withdrawals from a partnership or distributions by a corporation

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___5-18-05___          Signature _____
                                                Brad Aubel

**BRADELY F. AUBEL, P.C.**
**309 N. Lake Street**
**Suite 203**
**Mundelein, IL 60060**

**847-566-7480**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In Re:
Debtor:  **Brad Aubel**
Social Security Number:  **4413**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **World Savings**<br>**P.O. Box 29487**<br>**Phoenix, AZ  85038** | **Secured Claims** | **$ 162,000.00** |
| 2. **Cedarburg LLC**<br>**W67 N786 Evergreen Blvd**<br>**Cedarburg, WI 53012** | **Secured Claims** | **$ 60,000.00** |
| 3. **Adams Cooper & Marks**<br>**4012 Gunn Highway**<br>**Suite 250**<br>**Tampa, FL 33618** | **Unsecured Claims** | **$ 20,000.00** |
| 4. **Van Ru Credit Corporation**<br>**10024 Skokie Blvd**<br>**Suite 3**<br>**Skokie, IL 60077** | **Unsecured Claims** | **$ 13,000.00** |
| 5. **Discover Platinum Card**<br>**P.O. Box 30395**<br>**Salt Lake City, UT 84130-0395** | **Unsecured Claims** | **$ 11,000.00** |

In re:   **Brad Aubel**

Case No. _____

| 6. | **Citi Cards**<br>**P.O. Box 6416**<br>**The Lakes, NV 88901-6416** | **Unsecured Claims** | **$ 9,000.00** |
|---|---|---|---|
| 7. | **Ravinia Associates Internal Medicine LTD**<br>**625 Roger Williams Avenue**<br>**Highland Park, IL 60035** | **Unsecured Claims** | **$ 5,000.00** |
| 8. | **Ray & Glick, LTD.**<br>**P.O. Box 400**<br>**Libertyville, IL 60048** | **Unsecured Claims** | **$ 4,500.00** |
| 9. | **Weinstein & Douglas, P.C.**<br>**Dwayne Douglas, Esq.**<br>**325 W. Washington Street**<br>**Suite 301**<br>**Waukegan, IL 60085** | **Unsecured Claims** | **$ 4,300.00** |
| 10. | **Condell Acute Care Center**<br>**Billing Office**<br>**36866 Eagle Way**<br>**Chicago, IL 60678-1368** | **Unsecured Claims** | **$ 4,000.00** |
| 11. | **Evanston Northwestern Healthcare**<br>**Mediclaim Physician Services**<br>**Dept. 77-9807**<br>**Chicago, IL 60678-9807** | **Unsecured Claims** | **$ 4,000.00** |
| 12. | **AT&T Wireless**<br>**P.O. Box**<br>**Aurora, IL 60572-8229** | **Unsecured Claims** | **$ 4,000.00** |
| 13. | **Computer Credit, Inc.**<br>**Attn: Claim Dept.**<br>**640 West Fourth Street**<br>**Winston-Salem, N.C. 27113-5238** | **Unsecured Claims** | **$ 3,500.00** |
| 14. | **Certified Services, Inc.**<br>**P.O. Box 177**<br>**Waukegan, IL 60079-0177** | **Unsecured Claims** | **$ 2,500.00** |

In re:   **Brad Aubel**                                          Case No. _____

| | | | |
|---|---|---|---|
| 15 . | **NCO Financial Systems Inc.**<br>**3850 N. Causeway Blvd.**<br>**Suite 200**<br>**Metairie, LA 70002** | **Unsecured Claims** | **$  1,500.00** |
| 16 . | **Allied Interstate, Inc.**<br>**P.O. Box 361774**<br>**Columbus, OH 43236** | **Unsecured Claims** | **$  1,500.00** |
| 17 . | **Van Ru Credit Corporation**<br>**P.O. Box**<br>**Park Ridge, IL** | **Unsecured Claims** | **$  1,500.00** |
| 18 . | **Pinnacle Management Services, Inc.**<br>**514 Market Loop**<br>**Suite 103**<br>**West Dundee, IL 60118** | **Unsecured Claims** | **$    500.00** |
| 19 . | **MCI**<br>**P.O. Box 371838**<br>**Pittsburg, PA 15250-7838** | **Unsecured Claims** | **$    250.00** |
| 20 . | **Debt Recovery Solutions, LLC**<br>**P.O. Box 9001**<br>**Westbury, New York 11590-9001** | **Unsecured Claims** | **$    200.00** |
| 21 . | **Sprint Personal Communication Services**<br>**Route 132**<br>**Gurnee, Illinois 60031** | **Unsecured Claims** | **$    200.00** |
| 22 . | **Sherman Acquisition, LP**<br>**15 South Main Street**<br>**Suite 600**<br>**Greenville, SC 29601** | **Unsecured Claims** | **$      0.00** |

In re:   **Brad Aubel**                                                          Case No. _____ _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Brad Aubel**, named as debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors, consisting of **3 sheets** (not including this declaration), and that it is true to the best of my information and belief.

Signature: _____
            Brad Aubel

Dated:      _____5-18-05_____